## Frank H. Weber, Appellant, v. Madeleine A. Weber, Appellee.

### Gen. No. 43,267.

Heard in the third division, first district, this court at the December term, 1944; opinion filed December 20, 1945; released for publication January 8, 1946. Milton H. Weiss and Edward W. Weiss, for appellant; Teed & Johnson, for appellee. Opinion by JUSTICE BURKE. Not to be published in full.